UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13CR0079-L |
| Plaintiff, |  |
| vs. | JUDGMENT OF DISMISSAL |
| AMADO MARTINEZ-RODRIGUEZ (1), | |
| Defendant. | |

 IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

XX the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

XX of the offense(s) as charged in the Indictment:

 8:1326(a) and (b) - Removed Alien Found in the United States

 IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 17, 2013

M. James Lorenz
U.S. District Judge